John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 813297

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | NOTICE TO DEPOSIT FUNDS | | | | | |
| 05-61548 | 007-0 | JACOB Z WISE<br>Original Check written to:<br>US DEPARTMENT OF EDUCATION<br>NATIONAL PAYMENT CENTER<br>P O BOX 4169<br>GREENVILLE, TX  75403 | xxxxxxx9136 | 443.74 | 37.97 | 0.00 | 37.97 |
| 05-62100 | 999-0 | DAVID LEON WEST<br>Original Check written to:<br>DAVID LEON WEST<br>434 VZ CR 3808<br>WILLS POINT, TX  75169 | | 0.00 | 49.00 | 0.00 | 49.00 |
| 06-60769 | 004-0 | JASON ROY WRIGHT<br>Original Check written to:<br>NELNET<br>COLLEGE ACCESS NETWROK<br>999 18TH, SUITE 425<br>DENVER, CO  80202 | xxxxxxxxxxxx9663 | 17,717.50 | 304.19 | 0.00 | 304.19 |
| 06-60794 | 999-0 | MELECIO MOJICA<br>Original Check written to:<br>MELECIO MOJICA<br>1219 E HOUSTON<br>TYLER, TX  75702 | | 0.00 | 11.18 | 0.00 | 11.18 |
| 07-60920 | 999-0 | ALEX M MATHIS<br>Original Check written to:<br>ALEX M MATHIS<br>1211 ZEOLA<br>LONGVIEW, TX  75604 | | 0.00 | 1,470.34 | 0.00 | 1,470.34 |